Submitted January 28, affirmed March 2, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ALEXIS GARRIDO GUZMAN,
*Defendant-Appellant.*

Multnomah County Circuit Court
060444831; A141608

249 P3d 157

Peter Gartlan, Chief Defender, and Daniel C. Bennett, Deputy Public Defender, Office of Public Defense Services, filed the briefs for appellant.

John R. Kroger, Attorney General, David B. Thompson, Interim Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Armstrong, Judge.

PER CURIAM

Affirmed. *State v. Carter*, 238 Or App 417, 241 P3d 1205 (2010).